UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Aharon Chesler

   v.                                      Case No. 24-cv-388-SE-TSM

Robert Chesler, et. al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated November 25, 2024, (doc. no. 3). For the reasons explained therein, plaintiff's Complaint (doc. no. 1) is dismissed in its entirety, without prejudice to the plaintiff's ability to bring his state law claims in state court, for lack of subject matter jurisdiction.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close this case.

**SO ORDERED.**

                                              Samantha D. Elliott
                                              United States District Judge

Date: January 3, 2025

cc:   Aharon Chesler, pro se